# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

FILED
FEB - 9 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Michael Custer )
Plaintiff )
)
vs. )
)           Case No. _____
Ocs Hurt Pierson )   (The case number will be assigned by the clerk)
Ocs ~~Owen~~ )
Ocs ~~Hoffman~~ )
OF Reynolds )
OF Allen )
OF Creamer )
OF White )
_____, )
)
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

### COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: Henderence Prosecution Violation F.O.I.A.

☒ Unknown  Try to Hide Assetts Battery @ Menerd, Retaliation due to lawsuit Filed

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: John Michael Custer

Prison Identification Number: 220555 8

Current address: 301 N. Maxwell Rd Peo Ill 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: DCS Hart Pierson

Current Job Title: Supruisor Peo Co Jail

Current Work Address 301 N. Maxwell Rd Peo Ill 61604

Defendant #2:

Full Name: DCS Russell Owens

Current Job Title: Supuisor Peo Co Jail

Current Work Address 301 N. Maxwell Rd Peoria Ill

Defendant #3:

Full Name: Des Hoffman

2

Current Job Title: Supvisor Peo Co Jail
Current Work Address: 301 N. Maxwell Rd Peo Ill 61604

Defendant #4:

Full Name: OF Renolds
Current Job Title: OFFicer Peora Co Jail
Current Work Address: 301 N. Maxwell Rd Peo Ill 61604

Defendant #5:

Full Name: OF Allen
Current Job Title: OF. Peo Co Jail
Current Work Address: 301 N. Maxwell Rd Peo Ill 61604

*For additional defendants, provide the information in the same format as above on a separate page.*

DEF 6 Creamer
301 N. Maxwell Rd Peo Ill

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Def 7 OF White
Peo Co Jail OFFicer

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☐

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

3

C. If your answer to B is yes, how many? __20__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number __Smith turrner Custer vs Kert, ewen, Heffman, Johns__

2. Basic claim made __abuse neglect tecture Abuse violation of all Right + laws__

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☑   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: Peoria Co Jail

Date(s) of the occurrence: Jan 14th, Jan 25th, Jan 28th, Jan 31st, Feb 2nd 2023

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I'm Not Sentenced I'm like you Just Detainee threw Jan 1st threw 10th I Filed over 20 plus FOIA, the have proper names times places & dates For lawsuit file I Judges such as Judge James shadid nus S. on Jan 14th I recieved a memo From FOIA of stating I got everything I asked For & Russell Owen put it in my clothing property but I have no access to only IA I leave Peoria Co Jail & that out the Front Door If I got to prison It stays on after 30 day if no one I have come to get it Its thrown away destroyed So I asked OF. on Duty he call Sup OWEN on 14th He said no I Cant Have it violation of the Fedom of Info Act. On 25th of Jan I recieved Notice a lawsuit I file was not complect James shadid the Judge wants

"Turn page over on back"

5

So on 25th I ask off Allen for my Info Requested so I may better info Judge should the date times he wanted he said no He asked miss Hart Pearson & she said NO! on Jan 26th 2023 Jan 27th 2023 I asked OF Smith he said no So on Jan 31st I ask OF Renolds told him I had court 1st my lawyer wanted so Info I asked For Renolds called Hart DCS Peirson & She said my lawyer my Supena I F.O.I.A. I Requsted & they Denied I Then was Taken to Medical By OF. Smith on Jan 2nd 2023 For My Info I reqested He call DCS Hoffman DCS Hoffman Said Im not Allowed to Have the Information That I Requsted to File & Have all Proper Names Dates ETC For all Judges in central Dist I have 20 lawsiut that are going to be Denid Like the On Jones shoud Im going to be our Thousands of Dollor

## RELIEF REQUESTED

(State what relief you want from the court.)

20,000.00 I loses injury I would like Policy Change @ we Petonee their Enforcation, Freedom of Information is a Right & a law that is what US constition I founded on

All Staff Reprimand Hart, Owen, Hoffun Charge with henderounce Proscustion

JURY DEMAND   Yes ☒   No ☐

Signed this Feb day of 4th , 20 2023

_____
( Signature of Plaintiff)

| Name of Plaintiff: John Custer | Inmate Identification Number: 2205558 |
|---|---|
| Address: 301 N. Maxwell Rd | Telephone Number: |

Peo Ill 61604

John Custer
Peoria Co Jail
301 N. Maxwell Rd
Peo Ill 61604



PEORIA IL 616
08 FEB 2023 PM 2 T

Federal Court
House
Circuit Clerk
100 N.E. Monroe
Peo Ill 6160