Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **John Custer** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-1049 |
| | ) |
| **Hart, Pierson, Russell Owens, Hoffman, Renolds, Allen, Creamer, White.** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that Plaintiff John Custer's action against Defendants Hart, Pierson, Russell Owens, Hoffman, Renolds, Allen, Creamer and White is dismissed without prejudice.

**Dated: 10/23/2023**

　　　　　　　　　　　　　　　　　　　　　　s/ Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court


　　　　　　　　　　　　　　　　　　　　　　MMM